# DREIFUSS BONACCI & PARKER, LLP
## ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Derek A. Popeil (NJ & NY)
Paul H. Mandal (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ & NY)
Jonathan D. Morales (NJ & NY)
Adam M. Fontana (NJ &NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
pmandal@dbplawfirm.com

One Penn Plaza
36th Floor
New York, New York 10119
(212) 885-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

*Please reply to New Jersey Office*

December 18, 2007

<u>VIA FACSIMILE (212) 805-7920</u>
Chambers of the Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Re: Coleman, et al. vs. JV Excavators and Contractors, LLC
    Docket No. 07 Civ. 9404 (SAS)

Dear Judge Scheindlin:

This law office represents JV Excavators and John Veteri in the above captioned matter. We are advised that a conference is scheduled before Your Honor on Wednesday, December 19, 2007 at 4:30 p.m. We respectfully request this conference be adjourned.

Defendants JV Excavators and John Veteri have only recently been served with the Complaint (in fact, this office executed a Waiver of Service related to the Amended Complaint this Monday) and defendant John Veteri, Jr. has upon information and belief, not yet been served.

Both parties wish to gather their records and discuss and hopefully settle this matter in short order. I have spoken to my adversary, Christa Boyd-Nafstad, Esq., who consents to this adjournment request.

I thank the Court for its consideration of this request.

Very truly yours,
DREIFUSS BONACCI & PARKER, LLP

By: _____
    Paul H. Mandal

PM/jfb
Encl.
Cc: Christa Boyd-Nafstad, Esq.
    JV Excavators

*[Handwritten note:] Defendant's request is granted. The conference previously scheduled for December 19, 2007 is adjourned to January 18, 2008, at 4:30pm.*

*SO ORDERED*
*[signature] Shira A. Scheindlin*
*New York, New York*
*December 19, 2007*