UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              X

------------------------------------------------------------

*Cuenan*

v

*9 + Excavators +
Contractors*                                               X

------------------------------------------------------------

ELECTRONICALLY FILED
DOC #:
1/22/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9404 (SAS)     )

 

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* <br><br>_____ <br><br>_____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br>Purpose:_____ |
| ___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| _✓_ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br>Particular Motion:_____ <br><br>_____ <br><br>All such motions: ____ |

============================================================

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           JAN 18, 2008

*April would be best*

_____
United States District Judge

*Thanks*