```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Charles Coleman et al

      Plaintiff,  :

- against -  :

Jx Excavators & Contractors
LLC et al
      Defendant(s). :

------------------------------------x

SCHEDULING ORDER
07 CV 9404
07 Civ. 9404 (SAS)
Conference Date:

  WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

  WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

  NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;
1/18/08 - Casoigodell for π

(2) a concise statement of the issues as they then appear;
Er & individual Δs failed to pay contributions and dues to π in violation of the CBA and ERISA & LMRA

(3) a schedule including:

  (a) the names of persons to be deposed and a schedule of planned depositions;
  John Yeteri, Jr & John Yeteri Sr.

  (b) a schedule for the production of documents;

  (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; N/A

  (d) time when discovery is to be completed; 7/18/08

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

2/1/08

(f) the date by which the parties will submit a/pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

8/8/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_July 29 at 4:30_ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; N/A

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any; none

(7) anticipated length of trial and whether to court or jury; 1 day to court

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Carol G. Dell, Holm & O'Hara LLP, 3 West 35th St, 9th Floor, NY, NY, 10001; 212-682-2280
Derek Pipeil, Dreifuss Bonacci + Parker, 26 Columbia Turnpike, Florham Park, NJ 07932

SO ORDERED:

_[signature]_
SHIRA A. SCHEINDLIN
U.S.D.J.

1/18/08