UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity as Trustees for the LABORERS LOCAL 754 HEALTH & WELFARE FUND, PENSION FUND, SAVINGS FUND, ANNUITY FUND, INDUSTRY ADVANCEMENT FUND, DUES SUPPLEMENT FUND, LECET FUND, NATIONAL HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET FUND, TRAINING FUND and ORGANIZING FUND; and CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers of LABORERS LOCAL UNION 754, <br><br> Plaintiffs, <br><br> -against- <br><br> JV EXCAVATORS AND CONTRACTORS L.L.C., JOHN VETERI, JOHN VETERI, JR., and DOE FIDUCIARY, <br><br> Defendants. | 07-CV-9404 <br><br> (Scheindlin, J.) <br><br> (Ellis, M.J.) <br><br><br> STIPULATION EXTENDING TIME TO ANSWER |

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the undersigned counsel for the Plaintiffs and the Defendants JV Excavators and Contractors & John Veteri (hereinafter "JV") that JV shall have until February 27, 2008 in which to file and serve an answer to Plaintiff's Amended Complaint.

| DREIFUSS BONACCI & PARKER, LLP | HOLM & O'HARA LLP |
|---|---|
| _____ <br> PAUL MANDAL, ESQ. <br> *Attorneys for Defendant JV Excavators and Contractors & John Veteri* <br> 26 Columbia Turnpike, North Entrance <br> Florham Park, New Jersey 07932 <br> Dated: Florham Park, New Jersey <br> February 12, 2008 | _____ <br> CAROL DELL, ESQ. <br> *Attorneys for Plaintiff* <br> 3 West 35th Street, 9th Floor <br> New York, New York 10001 <br><br> Dated: New York, New York <br> February 12, 2008 |