UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity as Trustees for the LABORERS LOCAL 754 HEALTH & WELFARE FUND, PENSION FUND, SAVINGS FUND, ANNUITY FUND, INDUSTRY ADVANCEMENT FUND, DUES SUPPLEMENT FUND, LECET FUND, NATIONAL HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET FUND, TRAINING FUND and ORGANIZING FUND; and CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers of LABORERS LOCAL UNION 754,

                      Plaintiffs,

-against-

JV EXCAVATORS AND CONTRACTORS L.L.C., JOHN VETERI, JOHN VETERI, JR., and DOE FIDUCIARY,

                      Defendants.

07-CV-9404

(Scheindlin, J.)

(Ellis, M.J.)

JUDGE SCHEINDLIN

STIPULATION EXTENDING TIME TO ANSWER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned counsel for the Plaintiffs and the Defendants JV Excavators and Contractors & John Veteri (hereinafter "JV") that JV shall have until February 27, 2008 in which to file and serve an answer to Plaintiff's Amended Complaint.

DREIFUSS BONACCI & PARKER, LLP

_____
PAUL MANDAL, ESQ.
Attorneys for Defendant JV Excavators and Contractors & John Veteri
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Dated: Florham Park, New Jersey
       February 12, 2008

HOLM & O'HARA LLP

_____
CAROL DELL, ESQ.
Attorneys for Plaintiff
3 West 35th Street, 9th Floor
New York, New York 10001

Dated: New York, New York
       February 12, 2008

So Ordered:

_____
USDJ
2/13/08