**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity as Trustees for the LABORERS LOCAL 754 HEALTH & WELFARE FUND, PENSION FUND, SAVINGS FUND, ANNUITY FUND, INDUSTRY ADVANCEMENT FUND, DUES SUPPLEMENT FUND, LECET FUND, NATIONAL HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET FUND, TRAINING FUND and ORGANIZING FUND; and CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers of LABORERS LOCAL UNION 754, <br><br> Plaintiffs, <br><br> -against- <br><br> JV EXCAVATORS AND CONTRACTORS L.L.C., JOHN VETERI, JOHN VETERI, JR., and. DOE FIDUCIARY, <br><br> Defendants. | 07-CV-9404 <br><br> (Scheindlin, J.) <br><br> (Ellis, M.J.) <br><br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT OF JV EXCAVATORS AND CONTRACTORS L.L.C.

**NOW INTO COURT,** through undersigned counsel, comes defendant, JV Excavators and Contractors L.L.C. ("JV"), who pursuant to Rule 7.1 of Federal Rules of Civil Procedure submits this corporate disclosure statement.

JV Excavators and Contractors L.L.C. is a 100% privately owned foreign corporation with no other publicly held corporation owning 10% or more of its stock.

| | |
|---|---|
| Dated: Florham Park, NJ <br> February 27, 2008 | Respectfully submitted, <br> DREIFUSS BONACCI & PARKER, LLP <br> *Attorneys for JV Excavators and Contractors L.L.C. and John Veteri* |

By: <u>s/Paul H. Mandal</u>
PAUL H. MANDAL (PM-7265)
One Penn Plaza, 38th Floor
New York, New York  10119
    *and*
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey  07932
973-514-1414
*Please respond to New Jersey office*