AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

### APPEARANCE

Case Number:  07-CV-9404

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, Charles Coleman, John T. Cooney, Jr., James Bodrato, and John J. Chiaffi, in their fiduciary capacity as Trustees for the Laborers Local 754 Health & Welfare Fund, Pension Fund, Savings Fund, Annuity Fund, Industry Advancement Fund, Dues Supplement Fund, Lecet Fund, National Health and Safety Fund, NYSLPA Fund, 754 Lecet Fund, Training Fund and Organizing Fund; and Charles Coleman and John J. Chiaffi, as Officers of Laborers Local Union 754

I certify that I am admitted to practice in this court.



| 3/3/2008 | |
|---|---|
| Date | Signature |

| Vincent F. O'Hara | VO1001 |
|---|---|
| Print Name | Bar Number |

| 3 West 35th Street, 9th Floor | | |
|---|---|---|
| Address | | |

| New York | NY | 10001-2204 |
|---|---|---|
| City | State | Zip Code |

| (212) 682-2280 | (212) 682-2153 |
|---|---|
| Phone Number | Fax Number |