VINCENT F. O'HARA
WILLIAM P. HOLM*
MICHAEL L. LANDSMAN
CAROL G. DELL °

ABBEY M. GRUBER†
MARION M. LIM
VALERIA A. KOZHICH
CHRISTA BOYD-NAFSTAD°

* ALSO ADMITTED IN CT
† ALSO ADMITTED IN NJ

# HOLM & O'HARA LLP
ATTORNEYS AT LAW
3 WEST 35TH STREET
NEW YORK, NEW YORK 10001-2204
(212) 682-2280
FAX (212) 682-2153
www.holmandohara.com

CONNECTICUT OFFICE
73 MAIN STREET
P.O. BOX 215
SHARON, CT 06069
(860) 364-0627

April 11, 2008

**Via Facsimile**
The Honorable Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

Re:   *Coleman et al. v. JV Excavators and Contractors, LLC*
      07-CV-9404 (SAS) (RLE)
      Our File No. 4754.003

Dear Judge Scheindlin,

The law firm of Holm & O'Hara LLP represents the Plaintiffs in the above referenced case. Plaintiffs write to request permission from the Court to move for default against Defendants for their failure to comply with the Court's February 28, 2008 order.

On February 28, 2008, the Court held a conference with the parties in connection with the above referenced action. Vincent F. O'Hara, Esq., with Holm & O'Hara LLP, appeared on behalf of plaintiffs and Paul Mandal, Esq., with Dreifuss, Bonacci and Parker, LLP, appeared on behalf of defendants, JV Excavators and Contractors, L.L.C. ("JV") and John Veteri (collectively "Defendants"). At the February 28, 2008 conference, Mr. Mandal advised the Court that he was having difficulty reaching his client to communicate with him regarding this action. The Court then ordered Defendants to produce Defendants' 26(a) Initial Disclosures to plaintiffs within three (3) weeks (March 21, 2008). To date, Defendants have not produced the Initial Disclosures in violation of this Court's order. Therefore plaintiffs respectfully request that this Court grant plaintiffs permission to move for default against Defendants for their failure to comply with the Court's February 28, 2008 order.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Carol G. Dell
cdell@holmandohara.com

*[Handwritten annotation: Permission to move for default judgment granted.]*

cc: Paul Mandal, Esq. (via facsimile) (973-514-5959)
    Magistrate Judge Ellis (via FedEx)

*[Handwritten: So Ordered. /s/ USDJ 4/11/08]*

L:\VFO\Local 7554\4754.003-JV Excavators\Letters\JudgeScheindlin.04-default request.doc