```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES COLEMAN, et al.,

       **Plaintiffs,**

  - against -

JV EXCAVATORS & CONTRACTORS LLC, et al.,

       **Defendants.**

ORDER

07 Civ. 9404 (SAS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  **IT IS HEREBY ORDERED** that the settlement conference scheduled for April 15, 2008, is adjourned to **April 24, 2008, at 2:00 p.m.** Individual Defendant John Veteri Sr.'s failure to appear may result in sanctions.

**SO ORDERED this 14th day of April 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge