UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES :
BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity : **CLERK'S**
as Trustees for the LABORERS LOCAL 754 HEALTH & : **CERTIFICATE**
WELFARE FUND, PENSION FUND, SAVINGS FUND, :
ANNUITY FUND, INDUSTRY ADVANCEMENT FUND, :
DUES SUPPLEMENT FUND, LECET FUND, NATIONAL :
HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET :
FUND, TRAINING FUND and ORGANIZING FUND; and :
CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers : 07-CV-9404
of LABORERS LOCAL UNION 754, : (Scheindlin, J.)
 : (Ellis, M.J.)
 :
        Plaintiffs, :
 :
    -against- :
 :
JV EXCAVATORS AND CONTRACTORS L.L.C., :
JOHN VETERI, JOHN VETERI, JR., and DOE FIDUCIARY, :
 :
        Defendants. :

---------------------------------------------------------------------------X

   I, J. MICHAEL MCMAHON, Clerk of the United States District Court for
the Southern District of New York, do hereby certify that this action commenced on October 19,
2007 with the filing of a summons and complaint, and that an amended complaint and summons
was filed on December 13, 2007, a copy of the amended complaint and summons was served on
defendant JV Excavators And Contractors, L.L.C. on December 14, 2007 by sending a request
for waiver of service by first class mail to John Veteri's representative, Paul Mandal, at Dreifuss,
Bonacci, & Parker, LLP, service was waived and proof of such waiver was filed on December
17, 2007.A copy of the amended complaint and summons was served on John Veteri by sending
a request for waiver of service to his representative, Paul Mandal, at Dreifuss, Bonacci, &
Parker, LLP, service was waived and proof of such waiver was filed on December 18, 2007. A
copy of the amended complaint and summons was served on John Veteri, Jr. on January 28,
2008 by personal delivery by a process server at the address of JV Excavators And Contractors,
L.L.C., proof of service was filed on February 1, 2008.

   I further certify that the docket entries indicate that the plaintiff requested permission to
file for default judgment, permission was granted by the Honorable Judge Shira Scheindlin on
April 14, 2008 by endorsed letter filed on ECF. The default of the defendant is hereby noted.

Dated: New York, New York
  6/11/08
_____

**J. MICHAEL MCMAHON**   By: _____
 Clerk of the Court        Deputy Clerk