---

CHARLES COLEMAN, ETAL

Plaintiff(s)

- against -

JV EXCAVATORS AND CONTRACTORS L.L.C ETAL

Defendant(s)

Index #: 07-CV-9404

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 4754.003

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2008 at 04:27 PM at

110 RIDGE AVENUE
LITTLE FALLS, NJ 07840

deponent served the within true copy/copies of the SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, JUDGES' RULES AND INSTRUCTIONS AND PROCEDURES FOR ECF FILING on JOHN VETERI, JR., the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MR. JOHN VETERI, SR. a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the FATHER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | WHITE | 58 | 5'8 | 180 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

110 RIDGE AVENUE
LITTLE FALLS, NJ 07840

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 29, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: January 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 535289