I have read the foregoing AGREEMENT and agree, as an individual EMPLOYER, to be bound by all of the terms, conditions and provisions thereof.

#2963

Date _____ MAY 07 2007 _____

Name of Firm _____ JV EXCAVATINS + CONTRACTORS LLC _____

Tax I. D. # _____ 141838943 _____

Address _____ 116 RIDGE AVENUE - LITTLE FALLS, NJ 07424 _____

Phone # _____ 973 7854463 _____

_____ Signature & Title _____

**Approved By:**
LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION #754
ROCKLAND COUNTY, NEW YORK

_____ Charles Coleman _____
Charles Coleman, Business Representative