## LABORERS LOCAL NO. 754 JOINT BENEFIT FUNDS
### CONTRIBUTION RATES

| DATE | | WELFARE | PENSION | SAVINGS | ANNUITY | IAF | DUES | | TOTAL HR VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 04/01 | H $ | 3.50 | $ 2.85 | | $ 2.00 | $ 0.20 | $ 1.25 | H $ | 13.00 * |
| 05/01 | B $ | 3.50 | $ 2.85 | $ 2.10 | $ 2.00 | $ 0.30 | $ 1.25 | | 13.10 * |
| 04/02 | H $ | 3.50 | $ 2.85 | | $ 2.00 | $ 0.20 | $ 1.25 | H $ | 13.00 * |
| 05/02 | B $ | 3.50 | $ 2.85 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.25 | | 13.15 * |
| 04/03 | H $ | 3.50 | $ 3.95 | | $ 2.00 | $ 0.25 | $ 1.25 | H $ | 14.15 * |
| 05/03 | B $ | 3.50 | $ 3.95 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.25 | | 14.25 * |
| 04/04 | H $ | 4.65 | $ 3.95 | | $ 2.00 | $ 0.25 | $ 1.25 | H $ | 15.30 * |
| 05/04 | B $ | 4.65 | $ 3.95 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.25 | | 15.40 * |
| 04/05 | H $ | 6.20 * | $ 3.95 | | $ 2.00 | $ 0.25 | $ 1.25 | H $ | 16.85 *(1) |
| 05/05 | B $ | 6.15 | $ 3.95 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.25 | | 16.90 * |
| 06/06 | H $ | 7.95 * | $ 3.95 | | $ 0.25 | $ 0.25 | $ 1.25 | H $ | 16.85 *(1) |
| 06/06 | B $ | 7.90 | $ 3.95 | $ 2.10 | $ 0.25 | $ 0.35 | $ 1.25 | | 16.90 * |
| 04/07 | H $ | 7.70 (1) | $ 3.95 | | $ 2.00 | $ 0.25 | $ 1.25 | H $ | 18.35 *(1) |
| 05/07 | B $ | 7.65 | $ 3.95 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.25 | | 18.90 * |
| 04/08 | H $ | 7.70 (1) | $ 4.45 | | $ 2.00 | $ 0.25 | $ 1.75 | H $ | 19.35 *(1) |
| 05/08 | B $ | 7.65 | $ 4.45 | $ 2.10 | $ 2.00 | $ 0.35 | $ 1.75 | | 19.40 * |

```
*NH&S FUND      = $      0.05
 LECET FUND     = $      0.10
 NYSLPA FUND    = $      0.05
 TRAINING       = $   .30B .30H/.45 8/03
 754 LECET      =        0.10
 ORGANIZING     = $   .50 4/01/.35 8/03

(1) WEL          = $6.15+.05
                   DRUG TEST=$6.20
```