| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 24.00 | 28.450 | 682.80 | |
| TOTAL EARNINGS | | | 682.80 | 682.80 |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 04/21/07 TO 04/27/07
CHECK DATE 05/04/07   CHECK #  1752

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| S 01 | SOC SEC | 42.33 | 42.33 |
| S 01 | MEDICARE | 9.90 | 9.90 |
| | FEDERAL | 77.79 | 77.79 |
| | NJ | 11.35 | 11.35 |
| | DBL | 3.41 | 3.41 |
| | HLTH/SUI | 2.61 | 2.61 |
| | WRKFORCE | .29 | .29 |
| TOTAL WITHHOLDINGS | | 147.68 | 147.68 |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

Payrolls by Paychox, Inc.
0021 BW20 0014   000100

| | NET PAY | 535.12 | 535.12 |

JV EXCAVATORS AND CONTRACTORS  BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS, NJ  07424

55-0283
212

05/04/2007   1750
DATE   CHECK NO.

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY  10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK   DEPOSIT ACCOUNT   DEPOSIT AMOUNT
                       003812846242      ******990.03

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 990.03 | 003812846242 |

EARNINGS

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 32.00 | 28.460 | 910.40 | |
| OVERTIME | 8.00 | 42.675 | 341.40 | |

| | TOTAL EARNINGS | 1251.80 | 9552.10 |
|---|---|---|---|

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 77.61 | 592.22 |
| | MEDICARE | 18.15 | 138.50 |
| M 02 | FEDERAL | 130.32 | 946.51 |
| M 02 | NJ | 24.11 | 179.86 |
| | DBL | 6.26 | 47.76 |
| | HLTH/SUI | 4.78 | 36.54 |
| | WRKFORCE | .54 | 4.06 |

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ  07424

PAY PERIOD 04/21/07 TO 04/27/07
CHECK DATE 05/04/07   CHECK # 1750

| | TOTAL WITHHOLDINGS | 261.77 | 1945.45 |
|---|---|---|---|

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY  10994

SS# XXX-XX-5602  EMPL# 000070  DEPT# 000100

110 RIDGE AVE.
LITTLE FALLS, NJ 07424

55-0233
212

04/27/2007    1729
DATE    CHECK NO.

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK    DEPOSIT ACCOUNT   DEPOSIT AMOUNT
003812846242    ******969.05

** Non Negotiable **

AUTHORIZED SIGNATURES

FOLD AND REMOVE

| YOUR BANKING ITEM | AMOUNT | DEPOSIT TO ACCT # | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NET | 969.05 | 003812846242 | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| | | | | OVERTIME | 2.00 | 42.675 | 85.35 | |

| | | TOTAL EARNINGS | | | 1223.35 | 8300.30 |
|---|---|---|---|---|---|---|

| EMPLOYER INFORMATION | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| JV EXCAVATORS AND CONTRACTORS LLC | | SOC SEC | 75.85 | 514.61 |
| 110 RIDGE AVE | M 02 | MEDICARE | 17.74 | 120.35 |
| LITTLE FALLS, NJ 07424 | M 02 | FEDERAL | 126.05 | 816.19 |
| | | NJ | 23.34 | 155.75 |
| PAY PERIOD 04/14/07 TO 04/20/07 | | DBL | 6.12 | 41.50 |
| CHECK DATE 04/27/07   CHECK #   1729 | | HLTH/SUI | 4.68 | 31.75 |
| | | WRKFORCE | .52 | 3.53 |

| | | TOTAL WITHHOLDINGS | 254.30 | 1683.68 |
|---|---|---|---|---|

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

ADJUSTMENTS    AMOUNT   YTD AMOUNT

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

*Took OT hrs for reg hrs should be 9 hrs OT*

rolls by Paychex, Inc.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

55-0233
212

05/04/2007
DATE

1750
CHECK NO

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK

DEPOSIT ACCOUNT
003812846242

DEPOSIT AMOUNT
******990.03

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                           FOLD AND REMOVE

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 32.00 | 28.450 | 910.40 | |
| NET | 990.03 | 003812846242 | OVERTIME | 8.00 | 42.675 | 341.40 | |

| | | TOTAL EARNINGS | | 1251.80 | 9552.10 |
|---|---|---|---|---|---|
| EMPLOYER INFORMATION | | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
| JV EXCAVATORS AND CONTRACTORS LLC | | | SOC SEC | 77.61 | 592.22 |
| 110 RIDGE AVE | | | MEDICARE | 18.15 | 138.50 |
| LITTLE FALLS, NJ 07424 | | M 02 | FEDERAL | 130.32 | 946.51 |
| | | M 02 | NJ | 24.11 | 179.86 |
| | | | DBL | 6.26 | 47.76 |
| PAY PERIOD 04/21/07 TO 04/27/07 | | | HLTH/SUI | 4.78 | 36.54 |
| CHECK DATE 05/04/07  CHECK # 1750 | | | WRKFORCE | .54 | 4.06 |

| | TOTAL WITHHOLDINGS | 261.77 | 1945.45 |
|---|---|---|---|
| PERSONAL INFORMATION | ADJUSTMENTS | AMOUNT | YTD AMOUNT |

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

337 hrs.
benifits

[handwritten: funeral @ 1/2 pay]

8 pd 8 ot was owed
Turned in checks to office
Anthony.

Payrolls by Paychex, Inc.

EXCAVATORS AND CONTRACTORS BW20-000100
110 RIDGE AVE
LITTLE FALLS, NJ 07424

55-0233
212

05/11/2007
DATE

1772
CHECK NO.

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK   DEPOSIT ACCOUNT   DEPOSIT AMOUNT
                      003812846242      *****1084.43

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 29.00 | 28.450 | 825.05 | |
| NET | 1084.43 | 003812846242 | OVERTIME | 13.00 | 42.675 | 554.78 | |

TOTAL EARNINGS   1379.83   10931.93

| EMPLOYER INFORMATION | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| JV EXCAVATORS AND CONTRACTORS LLC | | SOC SEC | 85.55 | 677.77 |
| 110 RIDGE AVE | | MEDICARE | 20.01 | 156.51 |
| LITTLE FALLS, NJ 07424 | M 02 | FEDERAL | 149.52 | 1096.03 |
| Start | M 02 | NJ | 27.56 | 207.42 |
| PAY PERIOD 04/28/07 TO 05/04/07 | | DBL | 6.90 | 54.66 |
| CHECK DATE 05/11/07  CHECK # 1772 | | HLTH/SUI | 5.27 | 41.81 |
| | | WRKFORCE | .59 | 4.65 |

TOTAL WITHHOLDINGS   295.40   2240.85

| PERSONAL INFORMATION | ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| JOHN MARTINI | | | |
| 86 DEMAREST AVE | | | |
| WEST NYACK NY 10994 | | | |

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

Payrolls by Paychex, Inc.

3 hrs.
8 hrs.

May

hurried Family was promised to be paid by Foreman. Even work for Holt to fix problems left by our guys.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

55-0233
212

05/18/2007  1796
DATE  CHECK NO.

PAY TO THE
ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK    DEPOSIT ACCOUNT   DEPOSIT AMOUNT
                        003812846242      *****1314.40

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE

| YOUR BANKING | | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| NET | 1314.40 | 003812846242 | | OVERTIME | 14.00 | 42.675 | 597.45 | |

TOTAL EARNINGS                                1735.45      12667.38

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 05/05/07 TO 05/11/07
CHECK DATE 05/18/07   CHECK # 1796

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 107.60 | 785.37 |
| | MEDICARE | 25.16 | 183.67 |
| M 02 | FEDERAL | 227.37 | 1323.40 |
| M 02 | NJ | 44.86 | 252.28 |
| | DBL | 8.68 | 63.34 |
| | HLTH/SUI | 6.64 | 48.45 |
| | WRKFORCE | .74 | 5.39 |

TOTAL WITHHOLDINGS                       421.05      2661.90

PERSONAL INFORMATION                     ADJUSTMENTS    AMOUNT   YTD AMOUNT
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

*[handwritten: May, 59.5 short 5.5 hrs, signature]*

yrolls by Paychex, Inc.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

55-0233
212

06/08/2007   1862
DATE   CHECK NO.

PAY TO THE
ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK   DEPOSIT ACCOUNT   DEPOSIT AMOUNT
                       003812846242      *****1115.42

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                    FOLD AND REMOVE

YOUR BANKING
ITEM    AMOUNT   DEPOSIT TO ACCT #
NET     1115.42  003812846242

EARNINGS   HOURS   RATE     AMOUNT   YTD AMOUNT
REGULAR    32.00   28.450   910.40
OVERTIME   12.00   42.675   512.10

                         TOTAL EARNINGS          1422.50    17944.86

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 05/26/07 TO 06/01/07
CHECK DATE 06/08/07   CHECK # 1862

FILING STATUS   TAX TYPE    AMOUNT   YTD AMOUNT
                SOC SEC     88.20    1112.58
                MEDICARE    20.63    260.20
M 02            FEDERAL    155.92    2030.09
M 02            NJ          29.17    394.61
                DBL          7.11     89.72
                HLTH/SUI     5.44     68.64
                WRKFORCE      .61      7.63

                         TOTAL WITHHOLDINGS       307.08    3963.47

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

ADJUSTMENTS                          AMOUNT     YTD AMOUNT

[Handwritten notes:]
5/27 6.0s Sat 6
5/28 8.0 Mon 8hrs holiday (Paid)
5/29 9.5 Tue 7-5
5/30 13.0 Weds 7-830
5/31 12.0 Thur 7-730
6/1 11.5 Fri 7-7
60.0 hrs

2
630.75
-337.00
293.75

May

rolls by Paychex, Inc.

YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 2.00 | 42.675 | 85.35 | |

| | TOTAL EARNINGS | | 1223.35 | 1906.15 |

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 04/28/07 TO 05/04/07
CHECK DATE 05/11/07    CHECK # 1774

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 75.85 | 118.18 |
| | MEDICARE | 17.74 | 27.64 |
| S 01 | FEDERAL | 210.20 | 287.99 |
| S 01 | NJ | 41.82 | 53.17 |
| | DBL | 6.12 | 9.53 |
| | HLTH/SUI | 4.68 | 7.29 |
| | WRKFORCE | .52 | .81 |

| TOTAL WITHHOLDINGS | 356.93 | 504.61 |

PERSONAL INFORMATION
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615  EMPL# 000085  DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |

Payrolls by Paychex, Inc.
0021 BW20 0013  000100

| NET PAY | 866.42 | 1401.54 |

May

YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 5.00 | 42.675 | 213.38 | |

| | | TOTAL EARNINGS | 1351.38 | 3257.53 |

EMPLOYER INFORMATION

JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 05/05/07 TO 05/11/07
CHECK DATE 05/18/07   CHECK # 1798

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 63.79 | 201.97 |
| | MEDICARE | 19.60 | 47.24 |
| S 01 | FEDERAL | 242.21 | 530.20 |
| S 01 | NJ | 49.63 | 102.80 |
| | DBL | 6.76 | 16.29 |
| | HLTH/SUI | 5.16 | 12.45 |
| | WRKFORCE | .58 | 1.39 |

| | TOTAL WITHHOLDINGS | 407.73 | 912.34 |

PERSONAL INFORMATION

SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |

FOLD AND REMOVE

YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 2.00 | 42.675 | 85.35 | |

May

YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 13.00 | 42.675 | 554.78 | |

| | TOTAL EARNINGS | | 1692.78 | 4950.31 |

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ  07424

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 104.95 | 306.92 |
| | MEDICARE | 24.55 | 71.79 |
| S 01 | FEDERAL | 331.92 | 862.12 |
| S 01 | NJ | 72.53 | 175.33 |
| | DBL | 8.46 | 24.75 |
| | HLTH/SUI | 6.47 | 18.92 |
| | WRKFORCE | .72 | 2.11 |

PAY PERIOD 05/12/07 TO 05/18/07
CHECK DATE 05/25/07   CHECK # 1819

| | TOTAL WITHHOLDINGS | 549.60 | 1461.94 |

ADJUSTMENTS                                    AMOUNT       YTD AMOUNT

PERSONAL INFORMATION
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY  10913

SS# XXX-XX-6615 EMPL# 000086 DEPT# 000100

Payrolls by Paychex, Inc.
0021 **BW20** 0010   000100            NET PAY              1143.18       3488.37

*May*

**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 10.00 | 42.675 | 426.75 | |
| TOTAL EARNINGS | | | 1564.75 | 6515.06 |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 05/19/07 TO 05/25/07
CHECK DATE 06/01/07    CHECK #   1840

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 97.01 | 403.93 |
| | MEDICARE | 22.69 | 94.48 |
| S 01 | FEDERAL | 296.07 | 1158.19 |
| S 01 | NJ | 63.57 | 238.90 |
| | DBL | 7.62 | 32.57 |
| | HLTH/SUI | 5.98 | 24.91 |
| | WRKFORCE | .67 | 2.77 |
| TOTAL WITHHOLDINGS | | 493.81 | 1955.75 |

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY  10913

SS#  XXX-XX-6615  EMPL# 000085  DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

Payrolls by Paychex, Inc.
  0021 **BW20** 0009   000100

NET PAY        1070.94        4559.31

May

| INKING | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| | REGULAR | 16.00 | 28.450 | 455.20 | |
| | TOTAL EARNINGS | | | 455.20 | 8392.76 |

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 28.22 | 520.35 |
| | MEDICARE | 6.60 | 121.71 |
| S 01 | FEDERAL | 43.65 | 1461.83 |
| S 01 | NJ | 6.80 | 299.66 |
| | DBL | 2.28 | 41.96 |
| | HLTH/SUI | 1.73 | 32.09 |
| | WRKFORCE | .20 | 3.57 |
| TOTAL WITHHOLDINGS | | 89.48 | 2481.17 |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 06/02/07 TO 06/08/07
CHECK DATE 06/15/07   CHECK # 1885

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615  EMPL# 000085  DEPT# 000100

Payrolls by Paychex, Inc.
0021 **BW20** 0011  000100

NET PAY   366.72   5911.59

June

## Interest Calculation

The prejudgment statutory interest is whatever is provided for in the plan. Pursuant to the CBA, interest is assessed on unpaid contributions determined at the prime rate. The prime rate during the period when work was done but unpaid (5/07-6/07) was 8.25%.

Unpaid contributions= $5,190

### CONTRIBUTIONS DELIQUENCY

| Period | Due Date | *Date of Pay | Days Out | RATE PER DIEM | Amount Due | Amount Paid | Balance Due | Interest | Liquidated Damages (20%) |
|---|---|---|---|---|---|---|---|---|---|
| May-07 | 06/15/07 | 06/15/08 | 365.00 | 0.0002260274 | $4,950.00 | $0.00 | $4,950.00 | $408.38 | $990.00 |
| Jun-07 | 07/15/07 | 06/15/08 | 336.00 | 0.0002260274 | $ 240.00 | $0.00 | $5,190.00 | $394.16 | $1,038.00 |
| TOTALS | | | | | $5,190.00 | $0.00 | $5,190.00 | $802.53 | $2,028.00 |
| | | | | TOTAL CONTRIBUTIONS, Including Liq. Damages & Interest= | | | $8,020.53 | | |

Contributions are still unpaid to date. The italicized dates are a placeholder used for calculations purposes only.

### DUES DELIQUENCY

| Period | Due Date | Date of Pay | Days Out | RATE PER DIEM | Amount Due | Amount Paid | Balance Due for Dues | Interest | |
|---|---|---|---|---|---|---|---|---|---|
| May-07 | 06/15/07 | 06/15/08 | 365.00 | 0.0002465753 | $1,287.00 | $0.00 | $1,287.00 | $115.83 | |
| Jun-07 | 07/15/07 | 06/15/08 | 336.00 | 0.0002465753 | $   62.40 | $0.00 | $1,349.40 | $111.80 | |
| TOTALS | | | | | | | $1,349.40 | $227.63 | |
| | | | | TOTAL DUES, Including Interest= | | | $1,577.03 | | |
| | | | | TOTAL CONTRIBUTIONS, DUES, INTEREST & DAMAGES | | | | $9,597.56 | |

Unpaid dues= $1349.40
May unpaid dues= 330 hrs X 3.90 (rate)=$1287
June unpaid dues= 16 hrs X 3.90 (rate)=$62.40

## Calculation of total benefit amount owed by JV Excavators

| Employee | Pay Period | RT hours | OT hours | Total hrs | Delinquency amount |
|---|---|---|---|---|---|
| J. Martini | 4/28-5/04 | 29 | 13 | 42 | |
| J. Martini | 5/05-5/11 | 40 | 14 | 54 | |
| J. Martini | 5/26-6/01 | 32 | 12 | 44 | |
| | | | | | |
| S. McAndrew | 4/28-5/04 | 40 | 2 | 42 | |
| S. McAndrew | 5/05-5/11 | 40 | 5 | 45 | |
| S. McAndrew | 5/12-5/18 | 40 | 13 | 53 | |
| S. McAndrew | 5/19-5/25 | 40 | 10 | 50 | |
| S. McAndrew | 6/02-6/08 | 16 | 0 | 16 | |
| Total | | 277 | 69 | 346 | $6,539.40 |

346 hrs X $18.90= $6539.40 in total benefits owed

RT & OT hours multiplied by $18.90 (total benefit rate) equals the delinquency amount

May unpaid contributions= 330 hrs X 15 (rate)= $4950
June unpaid contributions= 16 hrs X 15 (rate)=$240

May unpaid dues= 330 hrs X 3.90 (rate)=$1287
June unpaid dues= 16 hrs X 3.90 (rate)=$62.40

## Liquidated damage calculation

Pursuant to Article 21, Section E of the CBA, liquidated damages are assesed at 20% of the amount of the unpaid contributions

| Contributions | |
|---|---|
| Benefit type | Amount |
| Welfare | $7.65 |
| Pension | $3.95 |
| Annuity | $2.00 |
| IAF | $0.35 |
| Training | $0.30 |
| Lab Mgmt. | $0.10 |
| 754 LECET | $0.10 |
| NY H&S | $0.05 |
| Organizing | $0.50 |
| Total= | $15.00 |

| Dues | |
|---|---|
| Benefit type | Amount |
| Savings | $2.10 |
| Dues Supp | $1.75 |
| NY PAC | $0.05 |
| Total= | $3.90 |

Unpaid contributions= $15 X 346 hrs= $5190
Unpaid dues= $3.90 X 346= $1349.40

May liquidated damages are .2 X $4950=990
June liquidated damages are .2 X $5190= $1038
**Total liquidated damages in the amount of $2028**