UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES : **STATEMENT OF**
BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity : **DAMAGES**
as Trustees for the LABORERS LOCAL 754 HEALTH & :
WELFARE FUND, PENSION FUND, SAVINGS FUND, :
ANNUITY FUND, INDUSTRY ADVANCEMENT FUND, :
DUES SUPPLEMENT FUND, LECET FUND, NATIONAL :
HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET :
FUND, TRAINING FUND and ORGANIZING FUND; and :
CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers : 07-CV-9404
of LABORERS LOCAL UNION 754, : (Scheindlin, J.)
: (Ellis, M.J.)
                              Plaintiffs, :
                                          :
         -against-                        :
                                          :
JV EXCAVATORS AND CONTRACTORS L.L.C., :
JOHN VETERI, JOHN VETERI, JR., and DOE FIDUCIARY, :
                                          :
                              Defendants. :
------------------------------------------------------------------------------X

Principal amount sued for . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 6,539.40
Interest at 8.25% for contributions and 9% for dues from July 15, 2007 to date
At. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 1,030.16
Attorneys' Fees and Costs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 15,669.97
Clerk's fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 350.00
Process Server fee for service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 40.00
Statutory fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,028.00
Total (as of June 13, 2008 ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 25,657.53

**AFFIX AS EXHIBITS - COPY OF:**
**1. SUMMONS**
**2. COMPLAINT**
**3. PROOF OF SERVICE**