| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 24.00 | 28.450 | 682.80 | |
| **TOTAL EARNINGS** | | | **682.80** | **682.80** |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 04/21/07 TO 04/27/07
CHECK DATE 05/04/07   CHECK #  1752

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 42.33 | 42.33 |
| | MEDICARE | 9.90 | 9.90 |
| S 01 | FEDERAL | 77.79 | 77.79 |
| S 01 | NJ | 11.35 | 11.35 |
| | DBL | 3.41 | 3.41 |
| | HLTH/SUI | 2.61 | 2.61 |
| | WRKFORCE | .29 | .29 |
| **TOTAL WITHHOLDINGS** | | **147.68** | **147.68** |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY  10913

SS#  XXX-XX-6615 EMPL# 000085 DEPT# 000100

Payrolls by Paychex, Inc.
0021 BW20 0014   000100

| | NET PAY | 535.12 | 535.12 |
|---|---|---|---|

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

55-0283
212

05/04/2007     1750
DATE           CHECK NO.

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK     DEPOSIT ACCOUNT     DEPOSIT AMOUNT
                         003812846242        ******990.03

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

YOUR BANKING
| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|------|--------|-------------------|
| NET  | 990.03 | 003812846242      |

FOLD AND REMOVE

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|----------|-------|------|--------|------------|
| REGULAR  | 32.00 | 28.460 | 910.40 | |
| OVERTIME | 8.00  | 42.675 | 341.40 | |

| | | TOTAL EARNINGS | 1251.80 | 9552.10 |
|---|---|---|---|---|

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---------------|----------|--------|------------|
|               | SOC SEC  | 77.61  | 592.22     |
|               | MEDICARE | 18.15  | 138.50     |
| M 02          | FEDERAL  | 130.32 | 946.51     |
| M 02          | NJ       | 24.11  | 179.86     |
|               | DBL      | 6.26   | 47.76      |
|               | HLTH/SUI | 4.78   | 36.54      |
|               | WRKFORCE | .54    | 4.06       |

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 04/21/07 TO 04/27/07
CHECK DATE 05/04/07   CHECK # 1750

| | | TOTAL WITHHOLDINGS | 261.77 | 1945.45 |
|---|---|---|---|---|

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|-------------|--------|------------|

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602  EMPL# 000070  DEPT# 000100

Payrolls by Paychex, Inc.
0021 BW20 0012 000100           NET PAY           990.03    7606.65

110 RIDGE AVE.
LITTLE FALLS, NJ 07424

55-0233
212

04/27/2007   1729
DATE   CHECK NO.

PAY TO THE ORDER OF   JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY  10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK   DEPOSIT ACCOUNT   DEPOSIT AMOUNT
003812846242   ******969.05

** Non Negotiable **

AUTHORIZED SIGNATURES

FOLD AND REMOVE

| YOUR BANKING ITEM | AMOUNT | DEPOSIT TO ACCT # | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| NET | 969.05 | 003812846242 | REGULAR | 40.00 | 28.450 | 1138.00 | |
| | | | OVERTIME | 2.00 | 42.675 | 85.35 | |
| | | | TOTAL EARNINGS | | | 1223.35 | 8300.30 |

| EMPLOYER INFORMATION | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| JV EXCAVATORS AND CONTRACTORS LLC | | SOC SEC | 75.85 | 514.61 |
| 110 RIDGE AVE | M 02 | MEDICARE | 17.74 | 120.35 |
| LITTLE FALLS, NJ 07424 | M 02 | FEDERAL | 126.05 | 816.19 |
| | | NJ | 23.34 | 155.75 |
| PAY PERIOD 04/14/07 TO 04/20/07 | | DBL | 6.12 | 41.60 |
| CHECK DATE 04/27/07  CHECK # 1729 | | HLTH/SUI | 4.68 | 31.75 |
| | | WRKFORCE | .52 | 3.53 |
| | | TOTAL WITHHOLDINGS | 254.30 | 1683.68 |

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY  10994

ADJUSTMENTS   AMOUNT   YTD AMOUNT

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

Took OT hrs for reg hrs should be 9 hrs OT

rolls by Paychex, Inc.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

55-0233
212

05/04/2007
DATE

1750
CHECK NO

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

** Non Negotiable **

JP MORGAN CHASE BANK

DEPOSIT ACCOUNT
003812846242

DEPOSIT AMOUNT
******990.03

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|------|--------|-------------------|----------|-------|------|--------|------------|
| NET  | 990.03 | 003812846242      | REGULAR  | 32.00 | 28.450 | 910.40 | |
|      |        |                   | OVERTIME | 8.00  | 42.675 | 341.40 | |

| | TOTAL EARNINGS | 1251.80 | 9552.10 |

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 04/21/07 TO 04/27/07
CHECK DATE 05/04/07  CHECK # 1750

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---------------|----------|--------|------------|
|               | SOC SEC  | 77.61  | 592.22     |
|               | MEDICARE | 18.15  | 138.50     |
| M 02          | FEDERAL  | 130.32 | 946.51     |
| M 02          | NJ       | 24.11  | 179.86     |
|               | DBL      | 6.26   | 47.76      |
|               | HLTH/SUI | 4.78   | 36.54      |
|               | WRKFORCE | .54    | 4.06       |

| TOTAL WITHHOLDINGS | 261.77 | 1945.45 |

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602 EMPL# 000070 DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |

337 hrs.
benifits

[handwritten notes:] 8 hr 8 ot was owed
Turned in checks to office
Ans. Anthony.

Payrolls by Paychex, Inc.

JV EXCAVATORS AND CONTRACTORS BW20-000100
110 RIDGE AVE
LITTLE FALLS, NJ 07424

55-0233
212

DATE: 05/11/2007
CHECK NO: 1772

PAY TO THE ORDER OF
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK
DEPOSIT ACCOUNT 003812846242
DEPOSIT AMOUNT *****1084.43

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 29.00 | 28.450 | 825.05 | |
| NET | 1084.43 | 003812846242 | OVERTIME | 13.00 | 42.675 | 554.78 | |

| | | TOTAL EARNINGS | 1379.83 | 10931.93 |
|---|---|---|---|---|

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

Start

PAY PERIOD 04/28/07 TO 05/04/07
CHECK DATE 05/11/07   CHECK # 1772

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 85.55 | 677.77 |
| M 02 | MEDICARE | 20.01 | 156.51 |
| M 02 | FEDERAL | 149.52 | 1096.03 |
| | NJ | 27.56 | 207.42 |
| | DBL | 6.90 | 54.66 |
| | HLTH/SUI | 5.27 | 41.81 |
| | WRKFORCE | .59 | 4.65 |

| | TOTAL WITHHOLDINGS | 295.40 | 2240.85 |
|---|---|---|---|

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602  EMPL# 000070  DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

Payrolls by Paychex, Inc.

3 hrs.
8 hrs.

May

burried Family was promised to be paid by Foreman. Even work for holt to fix problems left by our guys.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

55-0233
212

05/18/2007  1796
DATE  CHECK NO.

PAY TO THE ORDER OF

JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK

DEPOSIT ACCOUNT  DEPOSIT AMOUNT
003812846242  *****1314.40

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

FOLD AND REMOVE

| YOUR BANKING | | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| NET | 1314.40 | 003812846242 | | OVERTIME | 14.00 | 42.675 | 597.45 | |

| | | TOTAL EARNINGS | 1735.45 | 12667.38 |
|---|---|---|---|---|

| EMPLOYER INFORMATION | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| JV EXCAVATORS AND CONTRACTORS LLC | | SOC SEC | 107.60 | 785.37 |
| 110 RIDGE AVE | M 02 | MEDICARE | 25.16 | 183.67 |
| LITTLE FALLS,NJ 07424 | M 02 | FEDERAL | 227.37 | 1323.40 |
| | | NJ | 44.86 | 252.28 |
| PAY PERIOD 05/05/07 TO 05/11/07 | | DBL | 8.68 | 63.34 |
| CHECK DATE 05/18/07  CHECK # 1796 | | HLTH/SUI | 6.64 | 48.45 |
| | | WRKFORCE | .74 | 5.39 |

| | TOTAL WITHHOLDINGS | 421.05 | 2661.90 |
|---|---|---|---|

PERSONAL INFORMATION
ADJUSTMENTS  AMOUNT  YTD AMOUNT
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

SS# XXX-XX-5602  EMPL# 000070  DEPT# 000100

*[handwritten: 4450, 59.5, short 5.5, May]*

yrolls by Paychex, Inc.

JV EXCAVATORS AND CONTRACTORS BW20-000100
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

55-0233/212   06/08/2007   1862
DATE   CHECK NO.

PAY TO THE ORDER OF   JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994

**VOID**
AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK   DEPOSIT ACCOUNT   DEPOSIT AMOUNT
003812846242   *****1115.42

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

| YOUR BANKING | | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | DEPOSIT TO ACCT # | REGULAR | 32.00 | 28.450 | 910.40 | |
| NET | 1115.42 | 003812846242 | OVERTIME | 12.00 | 42.675 | 512.10 | |

TOTAL EARNINGS   1422.50   17944.96

EMPLOYER INFORMATION
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 05/26/07 TO 06/01/07
CHECK DATE 06/08/07   CHECK # 1862

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 88.20 | 1112.58 |
| | MEDICARE | 20.63 | 260.20 |
| M 02 | FEDERAL | 155.92 | 2030.09 |
| M 02 | NJ | 29.17 | 394.61 |
| | DBL | 7.11 | 89.72 |
| | HLTH/SU1 | 5.44 | 68.64 |
| | WRKFORCE | .61 | 7.63 |

TOTAL WITHHOLDINGS   307.08   3963.47

PERSONAL INFORMATION
JOHN MARTINI
86 DEMAREST AVE
WEST NYACK NY 10994
SS# XXX-XX-5602  EMPL# 000070  DEPT# 000100

ADJUSTMENTS   AMOUNT   YTD AMOUNT

5/27 6.0 Sat 6
5/28 8.0 Mon 8hrs holiday (Paid)
5/29 9.5 Tue 7-5
5/30 13.0 Weds 7-830
5/31 12.0 Thur 7-730
6/1 11.5 Fri 7-7
60.0 hrs

630.75
-337.00
293.75

May

rolls by Paychex, Inc.

**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 2.00 | 42.675 | 85.35 | |

| | | TOTAL EARNINGS | 1223.35 | 1906.15 |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ 07424

PAY PERIOD 04/28/07 TO 05/04/07
CHECK DATE 05/11/07  CHECK # 1774

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 75.85 | 118.18 |
| | MEDICARE | 17.74 | 27.64 |
| S 01 | FEDERAL | 210.20 | 287.99 |
| S 01 | NJ | 41.82 | 53.17 |
| | DBL | 6.12 | 9.53 |
| | HLTH/SUI | 4.68 | 7.29 |
| | WRKFORCE | .52 | .81 |

| | TOTAL WITHHOLDINGS | 356.93 | 504.61 |

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

Payrolls by Paychex, Inc.
0021 **BW20** 0013  000100

| NET PAY | 866.42 | 1401.54 |

*May*

| YOUR BANKING | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| | | OVERTIME | 5.00 | 42.675 | 213.38 | |

| | | TOTAL EARNINGS | | | 1351.38 | 3257.53 |

| EMPLOYER INFORMATION | | FILING STATUS | TAX TYPE | | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| JV EXCAVATORS AND CONTRACTORS LLC | | | SOC SEC | | 63.79 | 201.97 |
| 110 RIDGE AVE | | | MEDICARE | | 19.60 | 47.24 |
| LITTLE FALLS,NJ 07424 | | S 01 | FEDERAL | | 242.21 | 530.20 |
| | | S 01 | NJ | | 49.63 | 102.80 |
| PAY PERIOD 05/05/07 TO 05/11/07 | | | DBL | | 6.76 | 16.29 |
| CHECK DATE 05/18/07 CHECK # 1798 | | | HLTH/SUI | | 5.16 | 12.45 |
| | | | WRKFORCE | | .58 | 1.39 |

| | | TOTAL WITHHOLDINGS | | | 407.73 | 912.34 |

| PERSONAL INFORMATION | | ADJUSTMENTS | | | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| SEAN T MCANDREW | | | | | | |
| 4 REGINA CT | | | | | | |
| BLAUVELT NY 10913 | | | | | | |

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

FOLD AND REMOVE                                                     FOLD AND REMOVE

| YOUR BANKING | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| | | OVERTIME | 2.00 | 42.675 | 85.35 | |

May

YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 40.00 | 28.450 | 1138.00 | |
| OVERTIME | 13.00 | 42.675 | 554.78 | |

| | | TOTAL EARNINGS | 1692.78 | 4950.31 |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 05/12/07 TO 05/18/07
CHECK DATE 05/25/07   CHECK # 1819

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
|  | SOC SEC | 104.95 | 306.92 |
|  | MEDICARE | 24.55 | 71.79 |
| S 01 | FEDERAL | 331.92 | 862.12 |
| S 01 | NJ | 72.53 | 175.33 |
|  | DBL | 8.46 | 24.75 |
|  | HLTH/SUI | 6.47 | 18.92 |
|  | WRKFORCE | .72 | 2.11 |

| | TOTAL WITHHOLDINGS | 549.60 | 1461.94 |

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY 10913

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

ADJUSTMENTS  AMOUNT  YTD AMOUNT

Payrolls by Paychex, Inc.
0021 **BW20** 0010  000100

NET PAY         1143.18         3488.37

*May*

| YOUR BANKING | | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| | | REGULAR | 40.00 | 28.450 | 1138.00 | |
| | | OVERTIME | 10.00 | 42.675 | 426.75 | |

| | | | | TOTAL EARNINGS | 1564.75 | 6515.06 |
|---|---|---|---|---|---|---|

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS, NJ  07424

PAY PERIOD 05/19/07 TO 05/25/07
CHECK DATE 06/01/07    CHECK #   1840

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 97.01 | 403.93 |
| | MEDICARE | 22.69 | 94.48 |
| S 01 | FEDERAL | 296.07 | 1158.19 |
| S 01 | NJ | 63.57 | 238.90 |
| | DBL | 7.62 | 32.57 |
| | HLTH/SUI | 5.98 | 24.91 |
| | WRKFORCE | .67 | 2.77 |

| | TOTAL WITHHOLDINGS | 493.81 | 1955.75 |
|---|---|---|---|

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY  10913

SS#  XXX-XX-6615  EMPL# 000085  DEPT# 000100

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

Payrolls by Paychex, Inc.
0021 **BW20** 0009   000100

| | NET PAY | 1070.94 | 4559.31 |
|---|---|---|---|

May

| NKING | | | | | |
|---|---|---|---|---|---|
| EARNINGS | HOURS | RATE | AMOUNT | | YTD AMOUNT |
| REGULAR | 16.00 | 28.450 | 455.20 | | |

| | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| TOTAL EARNINGS | | 455.20 | 8392.76 |

**EMPLOYER INFORMATION**
JV EXCAVATORS AND CONTRACTORS
LLC
110 RIDGE AVE
LITTLE FALLS,NJ 07424

PAY PERIOD 06/02/07 TO 06/08/07
CHECK DATE 06/15/07   CHECK # 1685

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 28.22 | 520.35 |
| | MEDICARE | 6.60 | 121.71 |
| S 01 | FEDERAL | 43.65 | 1461.83 |
| S 01 | NJ | 6.80 | 299.66 |
| | DBL | 2.28 | 41.96 |
| | HLTH/SUI | 1.73 | 32.09 |
| | WRKFORCE | .20 | 3.57 |

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| TOTAL WITHHOLDINGS | 89.48 | 2481.17 |

**PERSONAL INFORMATION**
SEAN T MCANDREW
4 REGINA CT
BLAUVELT NY  10913

SS# XXX-XX-6615 EMPL# 000085 DEPT# 000100

**ADJUSTMENTS**  AMOUNT  YTD AMOUNT

Payrolls by Paychex, Inc.
0021 **BW20** 0011  000100

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| NET PAY | 366.72 | 5911.59 |

*June*

## Interest Calculation

The prejudgment statutory interest is whatever is provided for in the plan. Pursuant to the CBA, interest is assessed on unpaid contributions determined at the prime rate. The prime rate during the period when work was done but unpaid (5/07-6/07) was 8.25%.

Unpaid contributions= $5,190

### CONTRIBUTIONS DELIQUENCY

| Period | Due Date | *Date of Pay | Days Out | RATE PER DIEM | Amount Due | Amount Paid | Balance Due | Interest | Liquidated Damages (20%) |
|---|---|---|---|---|---|---|---|---|---|
| May-07 | 06/15/07 | 06/15/08 | 365.00 | 0.0002260274 | $4,950.00 | $0.00 | $4,950.00 | $408.38 | $990.00 |
| Jun-07 | 07/15/07 | 06/15/08 | 336.00 | 0.0002260274 | $ 240.00 | $0.00 | $5,190.00 | $394.16 | $1,038.00 |
| TOTALS | | | | | $5,190.00 | $0.00 | $5,190.00 | $802.53 | $2,028.00 |
| | | | | TOTAL CONTRIBUTIONS, Including Liq. Damages & Interest= | | | $8,020.53 | | |

Contributions are still unpaid to date. The italicized dates are a placeholder used for calculations purposes only.

### DUES DELIQUENCY

| Period | Due Date | Date of Pay | Days Out | RATE PER DIEM | Amount Due | Amount Paid | Balance Due for Dues | Interest |
|---|---|---|---|---|---|---|---|---|
| May-07 | 06/15/07 | 06/15/08 | 365.00 | 0.0002465753 | $1,287.00 | $0.00 | $1,287.00 | $115.83 |
| Jun-07 | 07/15/07 | 06/15/08 | 336.00 | 0.0002465753 | $ 62.40 | $0.00 | $1,349.40 | $111.80 |
| TOTALS | | | | | | | $1,349.40 | $227.63 |
| | | | | TOTAL DUES, Including Interest= | | | $1,577.03 | |
| | | | | TOTAL CONTRIBUTIONS, DUES, INTEREST & DAMAGES | | | | $9,597.56 |

Unpaid dues= $1349.40
May unpaid dues= 330 hrs X 3.90 (rate)=$1287
June unpaid dues= 16 hrs X 3.90 (rate)=$62.40

## Calculation of total benefit amount owed by JV Excavators

| Employee | Pay Period | RT hours | OT hours | Total hrs | Delinquency amount |
|---|---|---|---|---|---|
| J. Martini | 4/28-5/04 | 29 | 13 | 42 | |
| J. Martini | 5/05-5/11 | 40 | 14 | 54 | |
| J. Martini | 5/26-6/01 | 32 | 12 | 44 | |
| | | | | | |
| S. McAndrew | 4/28-5/04 | 40 | 2 | 42 | |
| S. McAndrew | 5/05-5/11 | 40 | 5 | 45 | |
| S. McAndrew | 5/12-5/18 | 40 | 13 | 53 | |
| S. McAndrew | 5/19-5/25 | 40 | 10 | 50 | |
| S. McAndrew | 6/02-6/08 | 16 | 0 | 16 | |
| Total | | 277 | 69 | 346 | $6,539.40 |

346 hrs X $18.90= $6539.40 in total benefits owed

RT & OT hours multiplied by $18.90 (total benefit rate)
equals the delinquency amount

May unpaid contributions= 330 hrs X 15 (rate)= $4950
June unpaid contributions= 16 hrs X 15 (rate)= $240

May unpaid dues= 330 hrs X 3.90 (rate)= $1287
June unpaid dues= 16 hrs X 3.90 (rate)= $62.40

## Liquidated damage calculation

Pursuant to Article 21, Section E of the CBA, liquidated damages are assesed at 20% of the amount of the unpaid contributions

| Contributions | |
|---|---|
| Benefit type | Amount |
| Welfare | $7.65 |
| Pension | $3.95 |
| Annuity | $2.00 |
| IAF | $0.35 |
| Training | $0.30 |
| Lab Mgmt. | $0.10 |
| 754 LECET | $0.10 |
| NY H&S | $0.05 |
| Organizing | $0.50 |
| Total= | $15.00 |

| Dues | |
|---|---|
| Benefit type | Amount |
| Savings | $2.10 |
| Dues Supp | $1.75 |
| NY PAC | $0.05 |
| Total= | $3.90 |

Unpaid contributions= $15 X 346 hrs= $5190
Unpaid dues= $3.90 X 346= $1349.40

May liquidated damages are .2 X $4950=990
June liquidated damages are .2 X $5190= $1038
**Total liquidated damages in the amount of $2028**