UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES      :
BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity   :   **AFFIDAVIT OF**
as Trustees for the LABORERS LOCAL 754 HEALTH &   :   **SERVICE**
WELFARE FUND, PENSION FUND, SAVINGS FUND,        :
ANNUITY FUND, INDUSTRY ADVANCEMENT FUND,         :
DUES SUPPLEMENT FUND, LECET FUND, NATIONAL       :
HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET    :
FUND, TRAINING FUND and ORGANIZING FUND; and     :
CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers :   07-CV-9404
of LABORERS LOCAL UNION 754,                     :   (Scheindlin, J.)
                                                 :   (Ellis, M.J.)
                               Plaintiffs,       :
                                                 :
           -against-                             :
                                                 :
JV EXCAVATORS AND CONTRACTORS L.L.C.,            :
JOHN VETERI, JOHN VETERI, JR., and DOE FIDUCIARY,:
                                                 :
                               Defendants.       :
-------------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

   I, Salvatore Imperati, having been duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

   On June 13, 2008, I served a true courtesy copy of: a) Request to Clerk to Note Default of Defendants; b) Signed Clerk's Certificate of Default of Defendants; c) Plaintiffs' Affidavit of Service in Support of enclosed Motion of Default; d) Judgment by Default against Defendants; e) Affidavit of Vincent F. O'Hara in Support of Default Judgment; f) amended summonses for JV Excavators, John Veteri, and John Veteri, Jr.; g) Statement of Damages; and h) Plaintiffs' Exhibits "A" through "G", via first class mail, to defendant John Veteri, Jr. and counsel for defendants John Veteri and JV Excavators and Contractors, L.L.C., at the last known addresses of the defendants as indicated below:

1

Mr. John Veteri, Jr.
110 Ridge Avenue
Little Falls, NJ 07840

Dreifuss, Bonacci & Parker, LLP
Attorneys for Defendants JV Excavators and
Contractors, L.L.C. and John Veteri
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07932
Attention: Paul H. Mandal, Esq.

_____
Salvatore Imperati

Sworn to before me
This 13th day of June 2008

_____
Notary Public

EROIDE ALPHONSE
Notary Public, State of New York
No. 01AL6156428
Certified in New York County
Term Expires on November 27, 2010

L:\VFO\Local 754\4754.003-JV Excavators\Default\Affidavit of Service - SI.docx